JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AREVALO,<br><br>        Plaintiff,<br><br>  v.<br><br>HYATT CORPORATION,<br><br>        Defendant. | Case No.<br>CV 12-7054 JGB(VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 13, 2013

                                          JESUS G. BERNAL
                                  United States District Judge

JS-6